**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

---

**No. 98-60247**
**Summary Calendar**

---

**GEORGE FRILEY, Individually and as parent**
**and next friend of Joseph Friley, Et Al.,**

**Plaintiffs,**

**VERSUS**

**JOHNNIE FRILEY, Individually and as parent**
**and next friend of Joseph Friley,**

**Plaintiff-Appellee,**

**VERSUS**

**HOUSING BENEFITS PLAN; MILLER AND ASSOCIATES; EDMOND FRANCIS,**

**Defendants-Appellants,**

**TRUSTEES OF THE HOUSING BENEFITS PLAN,**

**Appellant.**

---

Appeal from the United States District Court
For the Southern District of Mississippi
(2:96-CV-172-P-G)

---

November 17, 1998

Before EMILIO M. GARZA, DeMOSS, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

---

[*] Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except

This is an appeal by the Housing Benefits Plan, et al., defendants, from a final judgment of the district court entered on March 16, 1998, pursuant to an opinion and order of even date therewith in which the district court granted plaintiffs' second motion to enforce settlement pursuant to the terms of a written settlement agreement dated December 2, 1996. We have carefully reviewed the briefs, the reply brief, the record excerpts and relevant portions of the record itself. For the reasons stated by the district court in its opinion and order, we affirm the final judgment entered herein.

**AFFIRMED.**

---

under the limited circumstances set forth in 5TH CIR. R. 47.5.4.